# Table 13
## SENTENCE LENGTH IN EACH PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2015

| PRIMARY OFFENSE | Mean Months | Median Months | N |
|---|---|---|---|
| TOTAL | 44 | 21 | 71,002 |
| Murder | 287 | 300 | 93 |
| Manslaughter | 78 | 60 | 52 |
| Kidnapping/Hostage Taking | 235 | 240 | 43 |
| Sexual Abuse | 127 | 120 | 528 |
| Assault | 29 | 15 | 757 |
| Robbery | 77 | 63 | 739 |
| Arson | 82 | 60 | 59 |
| Drugs - Trafficking | 67 | 50 | 20,038 |
| Drugs - Communication Facility | 28 | 24 | 316 |
| Drugs - Simple Possession | 5 | 6 | 2,277 |
| Firearms | 79 | 58 | 7,069 |
| Burglary/B&E | 25 | 14 | 36 |
| Auto Theft | 84 | 42 | 62 |
| Larceny | 11 | 2 | 914 |
| Fraud | 27 | 14 | 7,420 |
| Embezzlement | 10 | 1 | 342 |
| Forgery/Counterfeiting | 16 | 12 | 511 |
| Bribery | 27 | 18 | 217 |
| Tax | 13 | 10 | 561 |
| Money Laundering | 29 | 18 | 669 |
| Racketeering/Extortion | 79 | 51 | 1,006 |
| Gambling/Lottery | 5 | 4 | 77 |
| Civil Rights | 31 | 11 | 48 |
| Immigration | 14 | 9 | 20,771 |
| Child Pornography | 153 | 96 | 1,903 |
| Prison Offenses | 13 | 11 | 485 |
| Administration of Justice Offenses | 17 | 12 | 1,174 |
| Environmental/Wildlife | 4 | 0 | 158 |
| National Defense | 60 | 36 | 100 |
| Antitrust | 42 | 15 | 15 |
| Food & Drug | 6 | 0 | 147 |
| Other Miscellaneous Offenses | 16 | 0 | 2,415 |

[1] Of the 71,003 cases, one was excluded due to indeterminable sentencing information. Sentences of probation only are included in this table as zero months of imprisonment. In addition, the information presented in this table includes time of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2015 Datafile, USSCFY15.

Case 3:15-cr-05007-SRB   Document 68-1   Filed 04/15/16   Page 1 of 1
Case 3:15-cr-05007-SRB   Document 65-2   Filed 04/11/16   Page 1 of 1
EXHIBIT B

